# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700311**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## KAWASKI K. LEWIS
Personnel Specialist First Class (E-6), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Commander George W. Lucier, JAGC, USN.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 25 January 2018

———————————————

Before MARKS, JONES, and GERDING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court